

**REPORT OF CONDUCT**
State Form 39590 (R4 / 11-13)
INDIANA DEPARTMENT OF CORRECTION

| Case number |
|---|
| ISR14-09-?05? |
| Date assigned *(month, day, year)* |
| 9-15-14 |

**INSTRUCTIONS:** *Type or Print clearly*

**NOTE TO REPORTING EMPLOYEE:** This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Name of offender | DOC number of offender | Facility | Housing unit |
|---|---|---|---|
| Benson, Leon | 995256 | PCF/IR | JCH-20-3E |

| Date of incident *(month, day, year)* | Time of incident | ☐ AM ☑ PM | Place of incident | Date report written *(month, day, year)* |
|---|---|---|---|---|
| 9-10-2014 | 15:00 | | Internal Affairs Office | 9-10-2014 |

| Offense | Code number |
|---|---|
| ~~Conspiracy/Attempting to Riot~~ Group Demonstration | ~~111/104~~ 223 |

**DESCRIPTION OF INCIDENT** *(If more space is needed, attach additional sheets in triplicate.)*

On September 10, 2014 I, B. Eloiza, Investigator IV at Pendleton Correctional Facility did review a video posted on social neworking site known as Facebook. The video posted was from within the facility and Offender Benson was identified as the offender on the video. During the video, recorded by the facility jpay kiosk machine, Offender Benson makes the following statements " I really need you all to turn up in these last couple of months before this hearing, we've gonna show up and show out! you hear me?" Upon further investigation it was found that this video was posted on a page within facebook titled "PACK THE COURT! MAKE IT TREMBLE! Justice for Leon Benson" with the purpose of encouraging, and/ or recruiting several hundreds individuals to "Gather at the steps of the courthouse in numbers so vast, that the ground will tremble underneath the judge's bench!!" signed "LB".

| Disposition of physical evidence, if any |
|---|
| Screenshot of page attached, see IA for video recording |

| Witness(es), if any |
|---|
| None |

| Signature of reporting employee | Name and title *(please print)* | Screening officer |
|---|---|---|
| [signature] | B. Eloiza I.A.Investigator IV | [signature] |
| Signature of immediate supervisor | Name and title *(please print)* | Date *(month, day, year)* | Time | ☐ AM ☑ PM |
| [signature] | H. Duncan Investigator/CPO | 9-10-2014 | 15:00 | |

**FOR SCREENING OFFICERS ONLY**

| Copy of report delivered to offender by: | Date report delivered *(month, day, year)* |
|---|---|
| [signature] | 9-11-14 |
| Signature of offender receiving copy | Note here if offender refuses to sign |
| Leon Benson | |

**EXHIBIT 1**

**DISTRIBUTION:** Original - Offender; Copy - Central Office; Copy - Facility Packet